IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | No | CR-98-00070-VRW |
| Plaintiff, | ORDER | |
| v | | |
| STEVEN L ABELMAN, | | |
| Defendant. / | | |

Defendant moves for the court to order the United States Bureau of Prisons to credit him, pursuant to 18 USC § 3585, for 135 days of prior custody that defendant served in a Portuguese jail. Doc #460. In a declaration, defendant's counsel states that the government "has arrived at the preliminary conclusion that [defendant] is entitled to the 135 days credit." Doc #460 at 2. The court seeks the government's *final* conclusion, however. Accordingly, the court ORDERS the government on or before April 2, 2007, to SHOW CAUSE why the court should not grant defendant's motion.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge